UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAHBAZ MALIK,

          Plaintiff,

   v.

INDIAN HARBOR INSURANCE
COMPANY, et al.,

          Defendants.

C25-0936 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion, docket no. 29, is GRANTED, and plaintiff's claims against defendant Progressive Casualty Insurance Company are DISMISSED without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1